

# Fourth Court of Appeals
## San Antonio, Texas
November 1, 2017

No. 04-17-00334-CV

Louis **DORFMAN,** K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfma, Appellants (Cross-Appellees)

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek Appellees (Cross-Appellants)

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

## ORDER

The Appellant Viceroy Petroleum, L.P.'s Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 4, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:

Larissa J. Hood
2135 E Hildebrand Ave
San Antonio, TX 78209

Suzanne Taylor
540 South St. Mary's Street
San Antonio, TX 78205

John F. Carroll
111 West Olmos Drive
San Antonio, TX 78212

Gary M. Poenisch
206 East Locust Street, Suite 218
San Antonio, TX 78212

Jane M.N. Webre
303 Colorado Street, Suite 2400
Austin, TX 78701-2589

Catherine M. Stone
Trinity Plaza II, Suite 900
745 E. Mulberry Avenue
San Antonio, TX 78212

Clinton Butler
114 N. Panna Maria Ave.
Karnes City, TX 78118

Jon Christian Amberson
2138 Hildebrand Avenue
San Antonio, TX 78209